DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
Telephone (916) 455-4800
Facsimile  (916) 451-5687
Email: dallen@davidallenlaw.com

Attorneys for Plaintiff,
DIANE DOOLEY

RONALD K. ALBERTS (SBN: 100017)
ralberts@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
633 West Fifth Street, 52nd Floor
Los Angeles, CA 90071
Telephone: (213) 576-5000
Facsimile: (213) 680-4470

Attorneys for Defendant,
METROPOLITAN LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DOOLEY,<br><br>              Plaintiff,<br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>              Defendant | Case No.: 2:19-cv-00531-WBS-EFB<br><br>STIPULATION DISMISSING ACTION WITH PREJUDICE<br><br>COMPLAINT FILED: MARCH 26, 2019<br><br>HONORABLE WILLIAM B. SHUBB |

    IT IS HEREBY STIPULATED by and between the Plaintiff, DIANE DOOLEY, and Defendant, METROPOLITAN LIFE INSURANCE COMPANY, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own attorney's fees and costs.

As signatories to this Stipulation, and all parties on whose behalf the filing is submitted, concur with the Stipulation's content and have authorized its filing.

DATED:       JULY 27, 2020            DAVID ALLEN & ASSOCIATES

*//s// David Allen*

By_____
     DAVID ALLEN
     Attorney for Plaintiff,
         DIANE DOOLEY


DATED:       JULY 27, 2020            GORDON REES SCULLY MANSUKHANI, LLP

*//s// Ronald Alberts*

By_____
     RONALD K. ALBERTS
     Attorney for Defendant,
         METROPOLITAN LIFE
         INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DOOLEY,<br><br>        Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No.: 2:19-cv-00531-WBS-EFB<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

Dated: July 28, 2020

                                          WILLIAM B. SHUBB
                                          UNITED STATES DISTRICT JUDGE